UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRADFORD TRUMAN HINES,<br><br>Defendant. | 3:07-CR-00100-LRH-RAM<br><br>MINUTE ORDER<br><br>February 3, 2016 |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):        NONE APPEARING

COUNSEL FOR DEFENDANT(S):       NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

Before the court is defendant's Motion for Production of Documents, Papers, Pleadings and Tangible Property of Defendant (#52)[1]. The court has reviewed the motion and finds it is not related to the criminal matter before the court, but rather it is a personal matter between Mr. Hines and Mr. Acosta. The court, therefore, shall deny the motion.

IT IS HEREBY ORDERED that defendant's Motion for Production of Documents, Papers, Pleadings and Tangible Property of Defendant (#52) is DENIED for lack of jurisdiction.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:        /s/
         Deputy Clerk

---

[1] Refers to court's docket number.